IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY GREENE,

                Petitioner,                          ORDER

      v.                                          08-cv-623-slc

WILLIAM POLLARD, Warden,
Green Bay Correctional Institution,

                Respondent.

---

      Petitioner has filed a motion for reconsideration of my order denying his request for the appointment of counsel. Nothing in petitioner's motion convinces me that I was wrong to deny his request. Accordingly, his motion for reconsideration is DENIED.

      Entered this 4th day of December, 2008.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge