IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY GREENE,

      Petitioner,      ORDER

v.              08-cv-623-slc

WILLIAM POLLARD, Warden,
Green Bay Correctional Institution,

      Respondent.

---

  Petitioner Jeremy Greene has filed a document styled as an "objection" to my order entered January 21, 2009, denying his request for a 60-day extension of time to file his reply to the state's response to his petition. I construe this as a motion for reconsideration. Petitioner asserts that he has found a jailhouse lawyer who will help him prepare his response, but due to that person's workload and cumbersome "legal routing" procedures at the prison, petitioner will not be able to have a response ready for about 60 days.

  Petitioner's assertions convince me that granting him more time is appropriate. Petitioner has until April 15, 2009, in which to file his brief in response to the state's answer to the petition. I am giving petitioner more time than he has asked for; in exchange, however, petitioner should expect no further extensions.

  Entered this 5th day of February, 2009.

              BY THE COURT:

              /s/

              STEPHEN L. CROCKER
              Magistrate Judge