IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY T. GREENE,

    Petitioner

v.

WILLIAM POLLARD, Warden
Green Bay Correctional Instituttion

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-623-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent denying petitioner Jeremy Green's petition for a writ of habeas corpus.

_____
Peter Oppeneer, Clerk of Court

12/31/09
Date